United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| MICHELLE CHARLES, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-00341 |
| § | |
| UNIVERSITY OF TEXAS § | |
| MEDICAL BRANCH AT § | |
| GALVESTON, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On October 20, 2021, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A). Dkt. 28. Judge Edison filed a memorandum and recommendation on August 2, 2022, recommending that Defendant's Motion for Summary Judgment (Dkt. 31) be granted. Dkt. 45. No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 45) is approved and adopted in its entirety as the holding of the court; and

2

(2) Defendant's Motion for Summary Judgment (Dkt. 31) is granted.

SIGNED on Galveston Island this <u>29th</u> day of August 2022.

                                                _____
                                                JEFFREY VINCENT BROWN
                                                UNITED STATES DISTRICT JUDGE