United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| MICHELLE CHARLES, | § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:20-cv-00341 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this <u>29th</u> day of August 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE